MORTIMER C. SWEENEY v. FRANK J. RAMGE.

FILED FEBRUARY 4, 1896.   No. 6158.

**Affirmance Where the Record Fails to Present a Question for Review.**

ERROR from the district court of Douglas county.   Tried below before DOANE, J.

Sweeney v. Ramge.

*C. A. Baldwin* and *Weaver & Giller*, for plaintiff in error.

*Parke Godwin, contra.*

PER CURIAM.

The bill of exceptions in this case having been quashed at a former term of this court, and the petition in error presenting no question which can be considered without a bill of exceptions, the judgment is

AFFIRMED.